IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


UNITED STATES OF AMERICA          )
                                  )
v.                                )          No.  2:08-CR-01
                                  )               2:08-CR-12
DONNA K. BLESSING REES            )


### MEMORANDUM AND ORDER


This criminal case is before the court on the defendant's motions for a continuance of the trials in these two criminal cases [docs. 26 and 21]. Counsel for the defendant says that the cases, bank fraud and false tax returns, are complex and challenging due to the complicated and voluminous discovery materials. Counsel avers that he will be unable to prepare for the trials of these two cases by the presently scheduled trial dates. The government has no objection to the motions.

The court finds the defendant's motions well-taken, and they will be granted. The court finds that the ends of justice served by granting the motions outweigh the best interests of the public and the defendant in speedy trials. 18 U.S.C. § 3161(h)(8)(A). The court finds that the failure to grant the defendant's motions would deny her counsel the time necessary to complete the consider the

voluminous discovery and prepare the cases for trial. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, all the time from the filing of the defendant's motions for a continuance to the new trial dates is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A).

It is hereby **ORDERED** that the defendant's motions for a continuance are **GRANTED**, and the trial of criminal case no. 2:08-cr-01 is **CONTINUED** to June 16, 2008, at 9:00 a.m., and the trial of criminal case no. 2:08-cr-12 is **CONTINUED** to August 11, 2008, at 9:00 a.m. Both trials will be held in Greeneville.

ENTER:

_____*s/ Leon Jordan*_____
United States District Judge